ADELIA R. BROWNE, Respondent, *v.* HELEN F. TAYLOR et al., Appellants.

A notice of motion to dismiss an appeal to this court is not fatally defective because of an omission to specify therein upon what papers the motion will be made; the nature of the motion apprises the appellant that it is based upon the record.

(Argued May 22, 1877; decided May 29, 1877.)

THESE were motions to dismiss appeals. The notices of motion did not specify the papers upon which they were based. *Held* as above.

*M. P. Mason,* for motion.

*S. J. Crooke,* opposed.

EARL, J., reads for dismissal of appeals.
All concur.
Appeals dismissed.